THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| JUSTIN ROCHA,<br>*Plaintiff,*<br>vs.<br>CITY OF PAWTUCKET, ET AL.,<br>*Defendants.* | C.A. No. 04-508ML |

**JOINT MOTION TO EXTEND PRETRIAL ORDER DEADLINES**

Now come the parties in the above-cited matter and do herby move this Honorable Court for an Order extending the existing Pretrial Order deadlines.

The close of discovery is currently scheduled to occur on June 15, 2005, with a deadline for filing dispositive motions to occur on June 30, 2005, and the deadline for filing pretrial memoranda to occur on July 15, 2005.

The parties have made progress in discovery. Written discovery has been exchanged. At present, the parties are in the process of scheduling a number of additional depositions. The parties have made good faith efforts to complete discovery, but based on the nature of the dispute and the press of business, the parties believe that additional time for discovery is necessary and warranted.

Based on the foregoing, the Plaintiff and Defendant respectfully request that this Court enter an order extending the Pretrial Order, with the close of discovery to occur on August 15, 2005, with dispositive motions due on August 30, 2005, and pretrial memoranda due on September 15, 2005.

Defendants,
By their Attorneys,

Marc DeSisto, Esq., No. 2757
DESISTO LAW
211 Angell Street
Providence, RI 02906
(401) 272-4442
(401) 272-9937 facsimile
marc@desistolaw.com

Plaintiff,
By his Attorney,

V. Edward Formisano, Esq., No. 5512
SINAPI, FORMISANO & CO., LTD.
100 Midway Place, Suite 1
Cranston, RI 02920-5707
(401) 944-9690
(401) 943-9040 facsimile