UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

JUSTIN ROCHA
*Plaintiff,*

vs.

CITY OF PAWTUCKET, ET AL.
*Defendants.*

C.A. NO. 04-508ML

**DEFENDANTS' DANIEL GRANT, DONTI ROSCITI AND PAUL BRANDLEY'S STATEMENT OF UNDISPUTED FACTS IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT**

NOW COME Defendants and, in accordance with Rule 12.1 of the R.I. District Court Local Rules, hereby submit the within Statement of Undisputed Facts in support of their Motion for Summary Judgment.

1. The incident upon which the plaintiff brings suit occurred on November 25, 2000.

2. The original complaint was filed by the plaintiff on November 20, 2003 in Providence County Superior Court against the City of Pawtucket, by and through its Treasurer, Ronald E. Wunshel, Pawtucket Police Chief George Kelly and various "John Doe" defendants.

3. Before serving the complaint on any named defendants, almost a year later, on November 16, 2004, the plaintiff filed an amended complaint naming police officers Daniel Grant, Donti Rosciti and Paul Brandly, individually and in their official capacities and dropping Chief Kelly as a named defendant.

4. On or about November 17, 2004, the plaintiff served defendants, City of Pawtucket, by and through its Treasurer, Ronald E. Wunshel, and Pawtucket police officers Grant, Rosciti, and Brandley.

5. On December 1, 2004, the defendants removed this case to the Federal Court.

C.A. No. 04-508ML

6. The defendants' affirmatively pled the statute of limitations in their answer to the amended complaint.

Marc DeSisto, Esq. (#2757)
DESISTO LAW
211 Angell Street
P.O. Box 2563
Providence, RI 02906-2563
Phone: (401) 272-4442
Fax: (401) 272-9937
Email: marc@desistolaw.com

CERTIFICATION OF SERVICE

I hereby certify that a true copy of the within was mailed, postage prepaid, on this 3rd day of August 2005, to:

V. Edward Formisano
Sinapi, Formisano & Coleman, Ltd.
100 Midway Place, Suite 1
Cranston, RI 02920
(401) 944-9690
(401) 943-9040 - fax