RECEIVED
SEP 16 2005
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

JUSTIN L. ROCHA,

*Plaintiff,*

vs.

C.A. No. 04-508ML

CITY OF PAWTUCKET, et al.,

*Defendants.*

## DISMISSAL STIPULATION

This matter is dismissed with prejudice, no interest and no cost.

Plaintiff,
By His Attorneys,

V. Edward Formisano, Esq.
Sinapi, Formisano & Co., Ltd.
100 Midway Place, Suite 100
Cranston, RI 02920
Phone: (401) 944-9690
Fax: (401) 943-9040-fax

Date: 9/13/05

Defendants,
By Their Attorneys,

Marc DeSisto, Esq. (#2757)
DESISTO LAW
211 Angell Street
P.O. Box 2563
Providence, RI 02906-2563
Phone: (401) 272-4442
Fax: (401) 272-9937
Email: marc@desistolaw.com

Date: 9/13/05

Enter: Mary M. Lisi
US DJ 9/19/05